IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTIRCT

OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| Travis Close and Tina Close, et.al. )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>)<br>Cool Runnings Express, Inc. and )<br>Benjamin Brewer, )<br>)<br>Defendants. ) | Docket No.: 1:16-cv-196<br>**Jury Demanded** |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs and Defendants Cool Runnings Express, Inc., and Benjamin Brewer through respective counsel, hereby stipulate to the dismissal of this case without prejudice as to all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

MASSEY & ASSOCIATES, PC

By:   /s/ Danny R. Ellis
      Danny R. Ellis BPR # 20747
      Joshua R. Ward BPR # 31329
      1024 E ML King Blvd
      Chattanooga, TN 37403
      Phone: (423) 697-4529
      Fax: (423) 634-8886
      Attorneys for Plaintiff

   /s/ John Griffin, Jr.
John Griffin, Jr. BPR #15446
222 Second Ave. N., Suite 340m
Nashville, TN 37201

  /s/ Matthew Evans
Matthew Evans, BPR #17973
900 S. Gay St., Suite 2200
Knoxville, TN 37902